

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *
                                    *
v.                                  *   CRIMINAL NO. 1:26-mj-00522-CJC
                                    *
SANTOS ALVARENGA-RODRIGUEZ          *
                                    *

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Amy Renee Ferron, being duly sworn, depose and state the following:

### PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of an application for an arrest warrant of SANTOS ALVARENGA-RODRIGUEZ (hereafter "ALVARENGA-RODRIGUEZ").

### AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since February 2010. As such, I am an Officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the FBI Violent Crimes Task Force in Baltimore, Maryland. I have duties that include investigations of bank and armored carrier robberies, armed commercial robberies, carjackings, crimes committed on the high seas, and violations of Title 18 U.S.C. § 111(a) and (b), assaulting, resisting, or impeding certain officers or employees.

2. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the officer body worn camera (BWC) footage from January 18, 2026, depicting the encounter with ALVARENGA-RODRIGUEZ, and reports and statements of other law enforcement officers involved in the investigation. Because I have submitted this

Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for ALVARENGA-RODRIGUEZ, charging him with assaulting, resisting, or impeding certain officers or employees in violation of 18 U.S.C. § 111.

## FACTS SUPPORTING PROBABLE CAUSE

4. On January 18, 2026, United States Immigration and Customs Enforcement (ICE) Deportation Officers (hereafter "Officer 1, Officer 2, and Officer 3") were tasked by ICE Baltimore Field Office to locate, identify and arrest individuals in violation of Title 8 U.S.C. § 1182 212 (a)(6)(A)(i) of the Immigration and Nationality Act (INA).

5. While engaged in the performance of their duties, Officer 1, Officer 2, and Officer 3 wore law enforcement issued vests, that bore police and ICE patches and badges and operated a federal law enforcement vehicle with flashing lights and sirens.

6. On January 18, 2026, pursuant to Officers' assignment to locate and identify individuals who have criminal history and are illegally present in the United States (U.S.) and/or have legal status, such as a Lawful Permanent Resident, but are in violation of criminal or immigration laws, Officers conducted database queries on vehicle license plates.

7. Officers used law enforcement database systems that provided personally identifiable information, including individuals' names, vehicle registrations, and driver's license data. Prior to encountering ALVARENGA-RODRIGUEZ, Officers conducted approximately 9 license plate queries of individuals who were found not to be in violation of immigration laws.

2

8. On January 18, 2026, Officer 1 conducted a database query using the license plate of the vehicle subsequently found to have been operated by ALVARENGA-RODRIGUEZ. The query returned identification information for ALVARENGA-RODRIGUEZ, including the presence of the restriction code "AU" on ALVARENGA-RODRIGUEZ's Maryland driver's license. The restriction code "A" indicates "may not be used to purchase a firearm," and restriction code "U" indicates "not acceptable for federal purposes."

9. According to Officer 1, observing an "AU" restriction indicates the individual may not be legally present inside the U.S.[1] Therefore, in furtherance of the Officer's investigation into immigration violations, a vehicle stop of the white, Toyota Corolla was initiated.

10. Upon making contact with the driver of the vehicle, the driver provided his Maryland Driver's License and identified as "Santos." The Maryland Driver's License was in the name of ALVARENGA-RODRIGUEZ, confirming his identity which matched the database queries conducted prior to the vehicle stop. The Driver's License also contained the "AU" restriction codes, and Officers positively identified the driver as SANTOS ALVARENGA-RODRIGUEZ, who was determined to be in violation of the INA.

11. Upon questioning by Officer 1, ALVARENGA-RODRIGUEZ stated that he had "19-year in this country." It was subsequently determined ALVARENGA-RODRIGUEZ was a citizen and national of El Salvador.

12. After Officer 1 instructed ALVARENGA-RODRIGUEZ to exit his vehicle, ALVARENGA-RODRIGUEZ shook his head "no," started the vehicle ignition, placed his hand

---

[1] According to the Maryland Transportation Article, a driver's license with a restriction code indicating it is "not acceptable for federal purposes" is provided to a licensee for a variety of reasons, including that the licensee has not provided satisfactory proof of lawful admission into the United States at the time the license was applied for. *See* MD Transportation Article § 16-122(a)(1)(ii)(1).

onto the gear-shift, and attempted to shift the gear into drive. Officers gave verbal commands to ALVARENGA-RODRIGUEZ to comply with the arrest and physically engaged with ALVARENGA-RODRIGUEZ to prevent his flight.

13. During the Officers' physical engagement with ALVARENGA-RODRIGUEZ, ALVARENGA-RODRIGUEZ injured Officer 1 by causing a laceration of an approximate half of an inch on the left side of Officer 1's nose. Officer 1 could not recall the moment the injury occurred, however, believed the injury was a result of ALVARENGA-RODRIGUEZ's fingernail(s) causing the laceration. ALVARENGA-RODRIGUEZ also bit Officer 2 on his left forearm causing visible upper and lower teeth marks and redness.

14. Photographs of Officer 1's and Officer 2's injuries were taken on-scene. In order to treat his injuries, Officer 1 purchased first-aid items at a local pharmacy to clean the wound and sought medical attention at a local urgent care medical facility. Officer 1's injuries were cleaned and bandaged and he was prescribed an oral antibiotic to prevent infection.

15. Based on the foregoing, your Affiant submits probable cause exits to support ALVARENGA-RODRIGUEZ committed offenses in violation of 18 U.S.C. § 111. The Officers involved in the apprehension of ALVARENGA-RODRIGUEZ were "officer[s] or employee[s]" of Immigration and Customs Enforcement, which is an agency of the United States government and were, at the time of the events herein, "engaged in…the performance of official duties," that is the enforcement of United States immigration law. ALVARENGA-RODRIGUEZ's conduct was also on "account" of the ICE Officers' performance of their official duties, that is: the investigation of his immigration status and arrest for violating the INA. ALVARENGA-RODRIGUEZ's physical resistance and struggle with, as well as scratching and biting of the ICE Officers also constituted forcibly assault, resisting, opposing, impeding, and/or interference with

the federal officers involving physical contact and inflicted bodily injury, as prohibited by 18 U.S.C. § 111(a) and (b).

## CONCLUSION

16. Pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of SANTOS ALVARENGA-RODRIGUEZ for violations of Title 18 U.S.C. § 111(a) and (b).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

AMY FERRON
Digitally signed by AMY FERRON
Date: 2026.03.02 15:02:24 -05'00'

Special Agent Amy Renee Ferron
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Federal Criminal Procedure Rules 4.1 and 4(d) this __2nd__ day of __March__, 2026.

HONORABLE CHELSEA CRAWFORD
UNITED STATES MAGISTRATE JUDGE